83 So.2d 376

### George SMOTHERS v. STATE.

### 6 Div. 886.

Supreme Court of Alabama.

May 12, 1955.

Rehearing Denied Nov. 17, 1955.

Jack H. McGuire, Tuscaloosa, Alex. Smith, Jr., and David McKay Enslen, Fayette, for petitioner.

John Patterson, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of George Smothers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Smothers v. State, 83 So.2d 374.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

83 So.2d 359

### Herbert VINET, alias Vurnette,

### v.

### STATE.

### 8 Div. 842.

Supreme Court of Alabama.

Nov. 10, 1955.

J. O. Sentell, Jr., Montgomery, for petitioner.

John Patterson, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Herbert Vinet, alias Vurnette, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Vinet v. State, 83 So.2d 357.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.